904 F.2d 694
 Erlacher (Mark, Linda, Bennett)
v.
U.S. Healthcare, Inc., U.S. Health Care Systems of
Pennsylvania, Inc., d/b/a The Health Maintenance Org. of
Pennsylvania, U.S. Healthcare/Pittsburgh, Health Maintenance
Org. of New Jersey, Inc., U.S. Healthcare, Inc., (Delaware),
(New York), (Connecticut), (Massachusetts)
 NO. 90-1027
 United States Court of Appeals,
Third Circuit.
 MAY 23, 1990
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.